1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
8   Email:  Stan.Helfman@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **MOTION TO MODIFY ORDER TO SHOW CAUSE** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Respondent respectfully requests modification of the Order to Show Cause to provide that respondent's answer is due within 60 days of the date of service of the Order to Show Cause.

In support of this request, respondent submits the attached declaration.

///

///

///

Dated: March 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40224528.wpd
SF2008400678

Motion to Modify Order to Show Cause                                                    *Garcia v. Horel, Warden*
                                                                                                         C 07-06012 JSW

2