EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT HOREL, Warden,**<br><br>Respondent. | C 07-06012 JSW<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION TO MODIFY ORDER TO SHOW CAUSE** |

Stan Helfman states under penalty of perjury:

(1) I am a Supervising Deputy Attorney General for the state of California and I represent respondent in this matter.

(2) According to the Order to Show Cause, Garcia was convicted by a jury of premeditated attempted murder, assault with a firearm, and various firearms and gang enhancements, and was sentenced to twenty-five years to life in state prison.

(3) The California Court of Appeal affirmed the judgment and denied a habeas corpus petition. According to Garcia's federal petition, the California Supreme Court denied a petition for

1  review.

2　　　　(4)　On November 28, 2007, petitioner, who is represented by counsel, filed a petition for
3  writ of habeas corpus in this Court.

4　　　　(5)　The petition makes numerous claims of prosecutorial misconduct, ineffective
5  assistance of counsel, and cumulative error.

6　　　　(6)　On November 29, 2007, this court issued an Order to Show Cause directing
7  respondent to file an answer within 60 days of the date of the Order, or by January 27, 2008. The
8  Order to Show Cause directs petitioner to serve the Order to Show Cause and the petition and
9  attachments on respondent by certified mail.

10　　　　(7)　Instead of timely serving the Order to Show Cause and petition on respondent,
11 petitioner waited until February 27, 2008, when respondent's time under the Order to Show Cause
12 was long expired. As a result, petitioner has made it impossible for respondent to comply with this
13 Court's Order to Show Cause. See Exh. A (Proof of Service), B (Certified Mail Envelope).

14　　　　(8)　Upon receiving the Order to Show Cause and petition, I promptly ordered our state
15 files from record storage, but I have not yet received them. I must review the materials in the files
16 in order to respond to the petition.

17　　　　(9)　In view of the foregoing circumstances, to ensure that respondent is not in default of
18 this Court's Order to Show Cause and to best serve the interests of justice, this Court should modify
19 line 11, page 2 of the Order to Show Cause to add the words "service of," so as to require respondent
20 to file and serve the answer "within 60 days of the date of service of this Order." This modification
21 will ensure respondent is not harmed by petitioner's untimely service.

22　　　　(10)　Before turning to this case, I must prepare pleadings in *People v. Rutledge*,
23 A115713, *Magraff v. Ayers*, CIV S 07-1121, *Espinoza v. Walker*, C 07-1741, *Conti v. Evans*, C 05-
24 2245, *Townsend v. Adams*, C 07-4904, and *People v. Grimmer*, A118531. I am working on *Rutledge*
25 and *Grimmer*.

26 ///
27 ///
28 ///

Declaration of Stan Helfman in Support of Motion to Modify OSC　　　　*Garcia v. Horel, Warden*
C 07-06012 JSW

2

For the foregoing reasons, respondent respectfully requests modification of the Order to Show Cause.

Dated: March 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40224535.wpd
SF2008400678

Declaration of Stan Helfman in Support of Motion to Modify OSC

*Garcia v. Horel, Warden*
C 07-06012 JSW

3

# EXHIBIT A

# PROOF OF SERVICE

I, the undersigned, depose and state: I reside or do business withing the County of Alameda. I am over eighteen years of age and not a party to this action. My business address is 1 Kaiser Plaza, Suite 2300, Oakland, California, 94612.

On Wednesday, February 27, 2008, I served a copy of the following documents:

**PETITION FOR WRIT OF HABEAS CORPUS; MEMORANDUM OF POINTS AND AUTHORITIES; ORDER TO SHOW CAUSE**

I served the following persons by: ☒ U.S. mail (Certified) ☐ FAX ☐ personal delivery:

| | |
|---|---|
| Office of the Attorney General<br>455 Golden Gate Avenue,<br>Suite 11000<br>San Francisco, CA 94102 | Warden Robert Horel<br>Pelican Bay State Prison<br>PO Box 7000<br>Crescent City, CA 95531 |

I declare under penalty of perjury that the above is true. Executed in Oakland, California on Wednesday, February 27, 2008

*Matthew Perry*
DECLARANT

# EXHIBIT B

US POSTAGE
neopost
$5.80
02/27/2008
Mailed From 94612
045J83055591

7003 3110 0002 6550 7736

ROBERT J. BELES
ATTORNEY AT LAW
THE ORDWAY BUILDING
1 KAISER PLAZA, SUITE 2300
OAKLAND, CALIFORNIA 94612

TO: Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

RECEIVED
FEB 28 2008