IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **[PROPOSED] ORDER MODIFYING ORDER TO SHOW CAUSE** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, the November 29, 2007 Order to Show Cause is hereby modified to provide that respondent shall file and serve the answer within 60 days of the date of petitioner's service of the Order to Show Cause on respondent.

Dated: _____    _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge