IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT HOREL, Warden,**<br><br>Respondent. | C 07-06012 JSW<br><br>[~~PROPOSED~~] **ORDER MODIFYING ORDER TO SHOW CAUSE**<br><br>AND ORDER TO PETITIONER TO SHOW CAUSE |

On motion of respondent and good cause appearing, the November 29, 2007 Order to Show Cause is hereby modified to provide that respondent shall file and serve the answer within 60 days of the date of petitioner's service of the Order to Show Cause on respondent.

Petitioner has not opposed Respondent's motion.

Dated: March 7, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

Plaintiff is HEREBY ORDERED to show cause as to why he did not serve Respondent in accordance with the Order to Show Cause until February 27, 2008. Petitioner's response to the Order to Show Cause shall be due on March 14, 2008.

[~~Proposed~~] Order Modifying Order to Show Cause         *Garcia v. Horel, Warden*
                                                            Case No. C 07-06012 JSW

1