**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  JORGE GARCIA,

10             Petitioner,                          No. C 07-06012 JSW

11      v.                                    **ORDER DISCHARGING ORDER**
                                              **TO SHOW CAUSE TO**
12  ROBERT HOREL,                             **PETITIONER**

13             Respondent.

14  _____/

15       The Court has received Petitioner's response to the Order to Show Cause regarding

16  service of the petition.  The Court DISCHARGES the Order to Show Cause without any further

17  action.

18       **IT IS SO ORDERED.**

19

20  Dated: March 11, 2008                      _____
                                               JEFFREY S. WHITE
21                                             UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28