1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
8   Email:  Stan.Helfman@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 60 days, to June 26, 2008, in which to answer the petition for writ of habeas corpus.

In support of this request, respondent submits the attached declaration.

///

///

///

Motion for Ext. of Time to File Answer                                           *Garcia v. Horel, Warden*
                                                                                  C 07-06012 JSW

1

1 | Dated: April 17, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 |

6 | GERALD A. ENGLER
Senior Assistant Attorney General

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Stan Helfman
STAN HELFMAN

10 | Supervising Deputy Attorney General
Attorneys for Respondent

11 |

12 |

13 | 40242106.wpd
SF2008400678

Motion for Ext. of Time to File Answer        *Garcia v. Horel, Warden*
                                              C 07-06012 JSW

2