IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT HOREL, Warden,**<br><br>　　　　　　　　　　　　Respondent. | C 07-06012 JSW<br><br>**[PROPOSED] SCHEDULING ORDER** |

　　　　On Motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including June 26, 2008.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge