EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

    Respondent respectfully requests an extension of 60 days, to August 25, 2008, in which to answer the petition for writ of habeas corpus.

    In support of this request, respondent submits the attached declaration.

///

///

///

1  Dated: June 19, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  
6  GERALD A. ENGLER
Senior Assistant Attorney General

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9  /s/ Stan Helfman
STAN HELFMAN
10  Supervising Deputy Attorney General
Attorneys for Respondent

11

12

13  20118025.wpd
SF2008400678

Motion for Ext. of Time to File Answer                    *Garcia v. Horel, Warden*
                                                           C 07-06012 JSW

2