1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

17          On motion of respondent and good cause appearing, it is ordered that the time for filing

18   the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and

19   including August 25, 2008.

20

21   Dated: _____        _____

22                                                 THE HONORABLE JEFFREY S. WHITE
                                                   United States District Judge

23

24

25

26

27

28

[Proposed] Scheduling Order                                          *Garcia v. Horel, Warden*
                                                                     Case No. C 07-06012 JSW

                                          1