EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,**<br><br>                              Petitioner,<br><br>        **v.**<br><br>**ROBERT HOREL, Warden,**<br><br>                              Respondent. | C 07-06012 JSW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

        Respondent respectfully requests an extension of 60 days, to October 24, 2008, in which to answer the petition for writ of habeas corpus.

        In support of this request, respondent submits the attached declaration.

/// 

/// 

///

1                Dated:  August 15, 2008

2                               Respectfully submitted,

3                               EDMUND G. BROWN JR.
                               Attorney General of the State of California

4                               DANE R. GILLETTE
                               Chief Assistant Attorney General

5

6                               GERALD A. ENGLER
                               Senior Assistant Attorney General

7                               PEGGY S. RUFFRA
                               Supervising Deputy Attorney General

8

9                               /s/ Stan Helfman_____

10                               STAN HELFMAN
                               Supervising Deputy Attorney General
                               Attorneys for Respondent

11

12

13    20131938.wpd
     SF2008400678

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28