EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5854
  Fax:  (415) 703-1234
  Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,**<br><br>                     Petitioner,<br><br>v.<br><br>**ROBERT HOREL, Warden,**<br><br>                     Respondent. | C 07-06012 JSW<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under penalty of perjury:

(1) I am a Supervising Deputy Attorney General for the state of California and I represent respondent in this matter.

(2) According to the Order to Show Cause, Garcia was convicted by a jury of premeditated attempted murder, assault with a firearm, and various firearms and gang enhancements, and was sentenced to twenty-five years to life in state prison.

(3) The California Court of Appeal affirmed the judgment and denied a habeas corpus petition. According to Garcia's federal petition, the California Supreme Court denied a petition for

1  review.

2  (4) On November 28, 2007, petitioner, who is represented by counsel, filed a petition for
3  writ of habeas corpus in this Court.

4  (5) The petition makes numerous claims of prosecutorial misconduct, ineffective
5  assistance of counsel, and cumulative error.

6  (6) On November 29, 2007, this court issued an Order to Show Cause directing
7  respondent to file an answer. On March 7, 2008, this court modified the Order to Show Cause to
8  require filing of an Answer by April 27, 2008. On April 17, 2008, this court extended our time to
9  June 26, 2008. On June 19, 2008, this court extended our time to August 25, 2008.

10  (7) Despite my best intentions, I have been unable to complete preparation of our
11  pleading. It was necessary for me to complete pleadings in *Jordan v. Yates*, C 07-4680 and *Magraff*
12  *v. Ayers*, CIV S 07-1121. I was unexpectedly required to complete a respondent's supplemental
13  brief in *People v. Rodriguez*, A114910, for deputy on vacation. At the same time, in my capacity
14  as a supervisor, it was necessary for me to review numerous lengthy draft pleadings prepared by
15  other deputies in this office. I must prepare pleadings in *People v. Phillips*, A118601, *Guillory v.*
16  *Hornbeck*, C 07-5090. I am working on *Phillips*.

17  For the foregoing reasons, we respectfully request an extension of time of 60 days, to and
18  including October 24, 2008, in which to answer the petition.

19  (8) This is our third request for extension of time.

20  (9) On August 14, 2008, I informed petitioner's counsel, Paul McCarthy, (510-836-0100)
21  of this request and he stated he has no objection.

22
23
24
25
26
27
28

Declaration of Stan Helfman in Support of Motion for Ext. of Time to File Answer       *Garcia v. Horel, Warden*
                                                                                        C 07-06012 JSW

2

Dated: August 15, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

20131939.wpd
SF2008400678

---

Declaration of Stan Helfman in Support of Motion for Ext. of Time to File Answer  *Garcia v. Horel, Warden*
C 07-06012 JSW

3