IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including December 23, 2008. There shall be no further extensions of time.

Dated: October 27, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge