IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE GARCIA,** | C 07-06012 JSW |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Good cause having been shown, respondent's request for leave to file an oversized Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus is granted. Petitioner is GRANTED an additional five pages of briefing for his traverse.

Dated: December 22, 2008

THE HONORABLE JEFFREY S. WHITE
United States District Judge