IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE GARCIA,

    Petitioner,                                     No. CV 07-6012 JSW

  v.

ROBERT HOREL,                                      **ORDER REQUIRING RESPONSE**

    Respondent.
                                         /

      The Court has received Respondent's notice, in which he states he does not intend to file a response to Petitioner's Response to the Order to Show Cause re Exhaustion, unless ordered by the Court to do so. The Court HEREBY ORDERS Respondent to file a response by no later than May 1, 2009. Petitioner may file a reply by no later than May 8, 2009.

      **IT IS SO ORDERED.**

Dated: April 20, 2009                                                      _____
                                                                         JEFFREY S. WHITE
                                                                         UNITED STATES DISTRICT JUDGE